1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **CENTRAL DISTRICT OF CALIFORNIA**

9

10 TAMI WETZEL,                              ) Case No. ED CV 10-1604 AG (JCG)
                                            )
11             Plaintiff,                    )
                                            ) **ORDER ADOPTING REPORT AND**
12       v.                                  ) **RECOMMENDATION OF UNITED**
                                            ) **STATES MAGISTRATE JUDGE**
13 SAN BERNARDINO COUNTY                     )
   DISTRICT ATTORNEY'S                       )
14 OFFICE, *et al*.,                         )
                                            )
15             Defendants.                   )
                                            )

16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the

18 Magistrate Judge's Report and Recommendation, and the remaining record.  No

19 objections to the Report and Recommendation have been filed.

20        Accordingly, IT IS ORDERED THAT:

21        1.    The Report and Recommendation is approved and adopted.

22        2.    Judgment be entered dismissing this action without prejudice.

23        3.    The Clerk serve copies of this Order and the Judgment on the parties.

24

25 DATED: March 1, 2011

26        _____

27                    HON. ANDREW J. GUILFORD
                 UNITED STATES DISTRICT JUDGE

28

1