# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI WETZEL,<br><br>   Plaintiff,<br><br>  v.<br><br>SAN BERNARDINO COUNTY DISTRICT ATTORNEY'S OFFICE, *et al.*,<br><br>   Defendants. | Case No. ED CV 10-1604 AG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 1, 2011

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE